ALFRED G. STUMPF, respondent,

*v.*

VIOLET McGREGOR LITTELL et al., appellants.

[Decided May 3d, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *88 N. J. Eq. 482.*

*Messrs. Freeman & Westerhoff,* for the respondent.

*Messrs. Raymond, Mountain, Van Blarcom & Marsh* and *William V. Rosenkrans,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.